**Dated: October 27, 2008**
**The following is ORDERED:**

_____
**Jennie D. Latta**
**UNITED STATES BANKRUPTCY JUDGE**

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSE

---

IN RE:                                               CASE No.:    04-29526-JDL

    Claude J. Cochran                              Chapter 13
    Rhonda L. Cochran

---

ORDER GRANTING MOTION TO DIRECT CHAPTER 13 COURT CLERK
TO DISBURSE CHAPTER 13 FUNDS TO DEBTOR RHONDA COCHRAN ONLY

---

    This matter came to be heard on October 23, 2008, and upon statement of counsel for the Debtor, Rhonda L. Cochran, and upon review of the entire record in the cause, the Court finds that Debtor's motion for an order disbursing the funds currently being held by the Chapter 13 Court Clerk's office directly in the sole name of the Debtor, Rhonda L. Cochran, is well taken and is, therefore, GRANTED.

IT IS THEREFORE, ADJUDGED, ORDERED AND DECREED that the funds currently being held by the Chapter 13 Court Clerk's office shall be disbursed in the sole name of the Debtor, Rhonda L. Cochran, as soon as possible.

IT IS SO ORDERED.

APPROVED:

/s/ Rachel L. Songstad
_____
Rachel L. Songstad (#24339)
Attorney for Debtor, Rhonda Cochran
7286 Deadfall Road
Arlington, TN  38002
(901) 829-2922

/s/ Sylvia Ford Brown
Chapter 13 Trustee

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on the following parties by placing a copy of same in the U. S. Mail, postage prepaid this 24th day of October, 2008:
Rhonda Cochran
Claude Cochran
Chapter 13 Trustee

/s/ Rachel L. Songstad_____